1  NATALIA VIEIRA SANTANNA
   CA BAR NO. 337502
2  MI BAR NO. P76443
   SANTANNA LAW OFFICES
3  PO BOX 7528, OAKLAND, CA, 94601
   (510) 922-0154 (TELEPHONE)
4  (510) 903-4211 (FACSIMILE)
   NATALIA@SANTANNALAW.COM (EMAIL)
5  ATTORNEY FOR PETITIONER-PLAINTIFF

6
7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  A.F.V.N., | Case No. 1:26-cv-00909-KES-SAB (HC) |
| 12         Petitioner, | |
| 13     v. | ORDER GRANTING MOTION TO PROCEED UNDER PSEUDONYM |
| 14  MINGA WOFFORD, Mesa Verde ICE Processing Center Facility Administrator; | Doc. 3 |
| 15  SERGIO ALBARRAN, Acting Field Office Director of the San Francisco Immigration | |
| 16  and Customs Enforcement Office; TODD M. LYONS, Acting Director of United | |
| 17  States Immigration and Customs Enforcement; KRISTI NOEM, Secretary of | |
| 18  the United States Department of Homeland Security; PAMELA BONDI, Attorney | |
| 19  General of the United States, | |
| 20         Respondents. | |

21
22                          **ORDER**

23     The Court, having considered petitioner's motion to proceed under pseudonym, and good

24  cause appearing therefor, the motion is hereby GRANTED.

25
26  IT IS SO ORDERED.

27     Dated:   February 6, 2026            _____
                                            UNITED STATES DISTRICT JUDGE
28